·June 30, 1953

**No. 57415.**—Suit 4711.— Wilbur G. Hallauer *v.* United States.—

—Reap. Dec. 8045 affirmed March 11, 1953. C. A. D. 518.

July 2, 1953

**No. 57416.**—Suit 4706.—Davies Turner & Co. *v.* United States.—

Abstract 55708 affirmed March 11, 1953. C. A. D. 517.

**No. 57417.**—Suit 4723.—Border Brokerage Company *v.* United States.—

C. D. 1375 affirmed March 11, 1953. C A. D. 515.

Before the Third Division, July 8, 1953

**No. 57418.**—Northrup, King & Co. *v.* United States, protest 176703–K (Minneapolis).

Opinion by Ekwall, J. In accordance with stipulation of counsel that the merchandise consists of bird's-foot trefoil seed (*Lotus corniculatus*) similar in all material respects to that the subject of *Transcontinental Seed, Inc.* (*Alltransport, Incorporated*) v. *United States* (29 Cust. Ct. 163, C. D. 1462), the claim of the plaintiff was sustained.

**No. 57419.**—The Delaware, Lackawanna and Western Railroad Company *v.* United States, protest 200664–K (New York).

Opinion by Ekwall, J. An examination of the record and of the applicable statutes failing to disclose any basis for reversing or modifying the collector's decision, which was presumptively correct, the protest was overruled.